# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00100-WDM-CBS

Great Divider Golf, Inc.
a Colorado corporation,

    Plaintiff,

v.

Datrek Professional Bags, Inc.,
a Tennessee corporation,
Datrek Miller International, Inc.,
a Florida Corporation,
Dennis Ryan, a resident of Tennessee,
and Debi Ryan a resident of
Tennessee,

    Defendants.

## CONSENT ORDER INCLUDING PERMANENT INJUNCTION

Based upon the parties' pleadings, stipulations and proposed consent order I make the following findings and conclusions:

1.    Plaintiff, Great Divider Golf, Inc. ("Great Divider") instituted this action for patent infringement against Defendants Datrek Professional Bags, Inc., ("Datrek") and against Dennis Ryan and Debi Ryan .

2.    On October 15, 2004, Datrek Professional Bags, Inc. and Miller Golf, Inc. merged to form Datrek Miller International, Inc. such that Datrek Professional Bags, Inc., is now a subsidiary of Datrek Miller International, Inc.

3.    Datrek Miller International, Inc. has stipulated to being named a party to this action.

4.    The parties consent to entry of this Order providing for the resolution of this action, including all claims and causes of actions and all affirmative defenses and counterclaims

asserted, or which could have been asserted, by each of them against the other relating to the issues raised in this litigation as of the date of execution of the Litigation Settlement Agreement.

5. This court has jurisdiction over the parties, as well as the subject matter of this litigation.

6. Great Divider is the owner of United States Letters Patent No. 5,671,843 (the "'843 Patent), entitled "Golf Club Organizing Assembly Having Straight and Curved Members For Golf Club Carrying Bags". A true and correct copy of the '843 Patent is attached hereto as Exhibit A.

7. Great Divider is also the owner of United States Letters Patent No. 6,595,357 (the "'357 Patent), entitled "Golf Club Organizing Assembly Having Compartment-Forming Dividers of Different Colors". A true and correct copy of the '357 Patent is attached hereto as Exhibit B.

8. The '843 Patent and the '357 Patent are valid and enforceable.

9. Datrek has inadvertently infringed the '843 Patent and Datrek and Dennis and Debi Ryan have inadvertently induced infringement of the '843 Patent by others by making, using, selling, offering for sale, and/or importing golf bags, such as those known as the Airtrek ADS and the Score ADS as identified in Great Divider's Complaint and that is shown in the photograph attached hereto as Exhibit C. Since the merger, Datrek Miller International, Inc. may have inadvertently infringed the '843 Patent and may have inadvertently induced infringement of the '843 Patent by others.

10. Datrek has inadvertently infringed the '357 Patent and Datrek and Dennis and Debi Ryan have inadvertently induced infringement of the '357 Patent by others by making, using, selling, offering for sale, and/or importing golf bags, such as those known as the 180 IDS, the Brighton, the Navigator and the Sundancer as identified in Great Divider's Complaint and that are shown in the photographs attached hereto as Exhibit D. Since the merger, Datrek Miller International, Inc. may have inadvertently infringed the '357 Patent

and may have inadvertently induced infringement of the '357 Patent by others.

**ACCORDINGLY, IT IS ORDERED** that:

1. Unless permitted by the terms of the Litigation Settlement Agreement between the parties or license from the owner of the '843 Patent and the '357 Patent and until the respective expiration, cancellation, abandonment, or final judgment of invalidity or unenforceability of the '843 Patent and the '357 Patent, Datrek, Datrek Miller International, Inc., Dennis Ryan and Debi Ryan, and all officers, directors, shareholders, assigns, successors in interest and all other persons acting or purporting to act, directly or indirectly in concert with them or on their behalf, and all other persons in active concert or participation with any of them having actual notice of this order are hereby restrained and enjoined from:

    A.    making, using, selling, offering for sale, importing or otherwise distributing products that infringe U.S. Patent No. 5,671,843 in the United States;

    B.    making, using, selling, offering for sale, importing or otherwise distributing products that infringe U.S. Patent No. 6,595,357 in the United States;

    C.    making, using, selling, offering for sale, importing or otherwise distributing the Airtrek ADS and the Score ADS golf bags shown in Exhibit C attached hereto in the United States; and

    D.    Making, using, selling, offering for sale, importing or otherwise distributing the 180 IDS, the Brighton, the Navigator and the Sundancer golf bags shown in Exhibit D attached hereto in the United States.

2. The parties shall each bear its/their own costs, expenses, and attorneys' fees.

3. The Court retains jurisdiction herein for the purpose of supervising and/or modifying this Consent Order Including Permanent Injunction.

DATED at Denver, Colorado, on August 10, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge



US005671843A

# United States Patent [19]

## Sutter

[11] Patent Number: 5,671,843

[45] Date of Patent: Sep. 30, 1997

[54] GOLF CLUB ORGANIZING ASSEMBLY HAVING STRAIGHT AND CURVED MEMBERS FOR GOLF CLUB CARRYING BAG

[76] Inventor: James L. Sutter, 32439 Inverness Dr., Evergreen, Colo. 80439

[21] Appl. No.: 710,866

[22] Filed: Sep. 23, 1996

### Related U.S. Application Data

[60] Provisional application No. 60/008,566, Dec. 13, 1995 and provisional application No. 60/010,989, Feb. 1, 1996.

[51] Int. Cl.$^6$ .................................................. A63B 55/00
[52] U.S. Cl. ............................... 206/315.6; 206/315.3
[58] Field of Search .......................... 206/315.3, 315.6; 220/528, 555

[56] References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,798,638 | 3/1931 | Stone et al. | |
| 2,568,810 | 9/1951 | Kish, Jr. | 150/1.5 |
| 3,331,419 | 7/1967 | Bencriscutto | 206/315.6 |
| 4,172,484 | 10/1979 | Henning | 150/1.5 B |
| 4,311,178 | 1/1982 | Kennedy | 150/1.5 R |
| 4,596,328 | 6/1986 | Solheim | 206/315.6 |
| 4,691,823 | 9/1987 | Pape | 206/315.6 |
| 4,753,344 | 6/1988 | Antonious | 206/315.3 |
| 4,768,650 | 9/1988 | Chancellor, Jr. | 206/315.3 |
| 4,844,253 | 7/1989 | Reimers | 206/315.6 |
| 5,123,531 | 6/1992 | Beretta | 206/315.3 |
| 5,125,507 | 6/1992 | Graziano, Jr. | 206/315.6 |
| 5,392,907 | 2/1995 | Blanchard et al. | 206/315.6 |
| 5,421,454 | 6/1995 | Chern | 206/315.6 |
| 5,431,278 | 7/1995 | Gretz | 206/315.6 |
| 5,447,228 | 9/1995 | Hodgson, III | 206/315.3 |
| 5,450,958 | 9/1995 | Shin | 206/315.6 |
| 5,474,176 | 12/1995 | Schenkkan | 206/315.6 X |
| 5,501,328 | 3/1996 | Keller et al. | 206/315.6 |
| 5,518,113 | 5/1996 | Boone | 206/315.6 |
| 5,573,112 | 11/1996 | Kim | 206/315.6 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2130102 | 5/1984 | United Kingdom | 206/315.6 |

#### OTHER PUBLICATIONS

Crospete® Organizer advertisement—Aim Golf, date unknown.

Primary Examiner—Allan N. Shoap
Assistant Examiner—Christopher J. McDonald
Attorney, Agent, or Firm—Flanagan & Flanagan

[57]  ABSTRACT

A golf club organizing assembly includes a plurality of straight members attached at opposite ends to and extending between spaced portions of an open upper end of a carrying bag and a plurality of curved members attached at opposite ends to and extending between spaced portions of the open upper end of the carrying bag. The curved members cross the straight members and together define a plurality of slots for receiving golf clubs in the bag. The straight members are in substantially parallel relation to one another. The curved members are in substantially concentric relation to one another. The assembly may further include a continuous round member attachable to and retrofitable at the open upper end of the carrying bag where the straight and curved members are attached at their opposite ends to and extend between spaced portions of the round member and are not directly attached to the open upper end of the bag. The assembly may also be an integral part of the carrying bag where the round member is an integral part of the open upper end of the bag.

30 Claims, 2 Drawing Sheets



**EXHIBIT A**

**U.S. Patent**  Sep. 30, 1997  Sheet 1 of 2  **5,671,843**





FIG. 6

FIG. 7

FIG. 8

FIG. 9

# GOLF CLUB ORGANIZING ASSEMBLY HAVING STRAIGHT AND CURVED MEMBERS FOR GOLF CLUB CARRYING BAG

This application claims the benefit of U.S. provisional application Ser. Nos. 60/008,566 filed Dec. 13, 1995, and 60/010,989, filed Feb. 1, 1996.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention generally relates to arranging golf clubs in carrying bags and, more particularly, is concerned with a golf club organizing assembly having straight and curved members creating a plurality of slots for receiving the shafts of golf clubs in a carrying bag.

### 2. Description of the Prior Art

Golf clubs are often carried in a sleeve-like bag designed for that purpose. As seen in a top plan view in FIG. 1 and in a side elevational view in FIG. 2, a basic prior art golf club carrying bag 10 has a tubular sidewall 12 open at an upper end 12A and closed at a lower end 12B by a bottom end wall 14. An interior of the bag 10 defines a cavity 16 in which the golf clubs are stored vertically with their handgrip ends down so that the heads of the clubs extend above the open upper end 12A of the bag 10.

As is well-known, golf clubs generally differ from one another in terms of lengths of their shafts, shapes and sizes of their heads, and angles at which their golf ball striking surfaces extend relative to a horizontal plane. Golfers select one of the clubs to use for any given stroke depending on the particular placement of the ball whether in the rough or on the tee, fairway or green and the distance of the ball from the hole. As a result, many golfers prefer to maintain their clubs in their bag in some organized fashion so that they can quickly locate and replace the one club they have selected to use for the particular stroke at hand.

The basic design of the prior art golf bag 10, shown in FIGS. 1 and 2, does not provide a means to organize the clubs in the bag 10. As the bag 10 is moved and jostled about during a round of play, the clubs will bump each other and move around in the bag 10 relative to one another and will be disorganized causing the golfer to constantly search for the selected club. The bumping of the clubs against one another may also result in wear on the handgrip surfaces and dings and nicks on the club heads. In an effort to address these problems with the basic prior art bag 10, a variety of prior art approaches to bag design for better arranging and organizing golf clubs in the bags have occurred over the years.

In a first prior art approach, as shown in a top plan view in FIG. 3, the bag 10 at the open upper end is provided with a front-to-back extending rigid central bar 18 and a pair of front-to-back spaced apart rigid cross bars 20, 22. The bars 18 to 22 are fixedly attached at opposite ends to the upper end 12A of the bag sidewall 12. In some cases, divider panels of cloth or plastic sheets are also provided, being attached to and extending downward from the cross bars 20, 22 to the bottom wall 14 of the bag 10 forming three separate compartments. These bars 20, 22 and panels serve to spread and separate groups of clubs from one another. Nevertheless, clubs within a group can still move around and bump one another such that they remain substantially disorganized and subject to damaging contacts.

In a second prior art approach, as shown in a top plan view in FIG. 4, a plurality of plastic elongated tubes 24, each for receiving one of the clubs, are inserted in the club carrying cavity 16 of the bag 10 and arranged in a side-by-side relation substantially filling the cavity 16. While the tubes 24 will generally maintain the clubs in a desired organized arrangement, they may scuff and wear the handgrips and over time tend to bend and split from golfers repeatedly inserting and pulling out the clubs at various angles relative to the tubes 24. Also, the tubes 24 will frequently be pulled out of the bag 10 with the clubs.

In a third prior art approach, as shown in a top plan view in FIG. 5, the bag 10 is provided with a plurality of peripheral elongated compartments 26 formed about the inside perimeter of the bag sidewall 12 by a large flexible panel 28 which is arranged in a serpentine configuration to define side-by-side, bell-shaped wall portions 30 projecting from the sidewall 12 of the bag 10 toward the center of the bag 10 and attached to the bag sidewall 12 along narrow portions 32 of the flexible panel 28 which extends between the bell-shaped wall portions 30. This approach also has two separate panel pieces 34 attached at their opposite vertical edges to the bag sidewall 12 and extending across the cavity 16 of the bag 10 defining four central elongated compartments 36 for receiving golf clubs and other accessories such as a ball retriever and/or an umbrella. A representative example of this approach is a golf club organizer product sold under a U.S. registered trademark "Crospete" owned by AIM Golf of Santa Fe Springs, Calif. While the compartments 26 will maintain clubs in an organized arrangement, they have a relatively tight fit creating difficulty in removing and returning the clubs from and back to the compartments 26 and causing increased wear to both handgrips and the wall portions 30 which may result in premature deterioration thereof. Furthermore, the peripheral arrangement of the compartments 26 provides a fixed pattern which bears no logical relationship to how most golfers would desire to organize their clubs in the bag.

Consequently, a need remains for an assembly for arranging golf clubs in a carrying bag which provides a solution to the aforementioned problems in the prior art without introducing any new problems in place thereof.

## SUMMARY OF THE INVENTION

The present invention provides a golf club organizing assembly which is designed to satisfy the aforementioned need. The golf club organizing assembly of the present invention has straight and curved members creating a plurality of slots for receiving the shafts of golf clubs in a carrying bag. A principal advantage of the curved members over the straight members is that the curved members provide more equalization in the process of forming the slots and dividing up the available storage volume of the bag. The arrangement of the slots in relation to one another also minimizes contact between adjacent clubs and thereby reduces the wear on the handgrips and number of dings and nicks on the club heads.

Accordingly, the present invention is directed to a golf club organizing assembly which comprises: (a) a plurality of straight members interconnected at opposite ends to and extending between spaced portions of an open upper end of a carrying bag; and (b) a plurality of curved members interconnected at opposite ends to and extending between spaced portions of the open upper end of the carrying bag. The curved members cross the straight members and together define a plurality of slots for receiving therethrough the golf clubs into the carrying bag.

More particularly, the straight and curved members each number three and form fourteen slots. Each slot is intended

3

to receive one club. The straight members are in substantially parallel relation to one another. The curved members are in substantially concentric relation to one another.

The assembly may further include a continuous round member attachable to and retrofitable at the open upper end of the carrying bag such that the straight and curved members are attached at their opposite ends to and extend between spaced portions of the round member and are not directly attached to the open upper end of the bag. The assembly may also be an integral part of the carrying bag where the straight and curved members are attached at their opposite ends to and extend between spaced portions of a continuous round member which is an integral part of the open upper end of the bag.

These and other features and advantages of the present invention will become apparent to those skilled in the art upon a reading of the following detailed description when taken in conjunction with the drawings wherein there is shown and described an illustrative embodiment of the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

In the following detailed description, reference will be made to the attached drawings in which:

FIG. 1 is a top plan view of a prior art golf bag having a basic design as described earlier.

FIG. 2 is a side elevational view of the prior art golf bag shown in FIG. 1 with portion of its sidewall broken away.

FIG. 3 is a top plan view of the first prior art approach for arranging clubs in a golf bag as described earlier.

FIG. 4 is a top plan view of the second prior art approach for arranging clubs in a golf bag as described earlier.

FIG. 5 is a top plan view of the third prior art approach for arranging clubs in a golf bag as described earlier.

FIG. 6 is a diagrammatic top plan view of a first configuration of the golf club organizing assembly of the present invention.

FIG. 7 is a diagrammatic top plan view of a second configuration of the assembly.

FIG. 8 is a diagrammatic top plan view of a third configuration of the assembly.

FIG. 9 is a diagrammatic top plan view of a fourth configuration of the assembly.

FIG. 10 is a foreshortened partially sectional side elevational view of the golf bag showing divider panels employed in the bag with the assembly.

DETAILED DESCRIPTION OF THE INVENTION

Referring to the drawings and particularly to FIGS. 6 to 9, there is diagrammatically illustrated a golf club organizing assembly, generally designated 40, of the present invention as it would be provided in a conventional golf club carrying bag 10. As described earlier in the background of the invention and shown in FIGS. 1 and 2, the golf bag 10 has the tubular sidewall 12 open at the upper end 12A and closed at the lower end 12B by the bottom end wall 14. The interior of the bag 10 defines the cavity 16 in which the golf clubs are stored vertically with their handgrip ends down so that the heads of the clubs extend above the open upper end 12A of the bag 10.

The golf club organizing assembly 40 defines an array or arrangement of locations for receiving clubs in the golf bag 10 which are designed to shape and distribute the storage space available in the golf bag 10 in a manner which bears a direct logical relationship to how most golfers would desire to organize their clubs in the bag. The arrangement of clubs by the assembly 40 also minimizes contact between adjacent clubs and thereby reduces the wear on the handgrips and number of dings and nicks on the club heads.

Basically, the golf club organizing assembly 40 includes a plurality of relatively (or approximately) straight members 42 and relatively (or approximately) curved members 44 for attachment to the golf club carrying bag 10. The straight members 42 are interconnected at opposite ends 42A, 42B to and extend between spaced front and rear portions of the open upper end 12A of the sidewall 12 of the bag 10. The curved members 44 are interconnected at opposite ends 44A, 44B to and extend between spaced opposite side portions of the open upper end 12A of the sidewall 12 of the bag 10. The curved members 44 cross the straight members 42 and together define a plurality of slots 46 defining the aforementioned array of locations for receiving therethrough the shafts of golf clubs in the bag 10. Including curved members 44 instead of only all straight members 42 in forming the slots 46 in the bag 10 provides more effective shaping, division and distribution and thus equalization of the available storage space or volume of the bag 10 for receiving the various clubs therein.

The straight members 42 and the curved members 44 each are preferably three in number and form fourteen slots 46, though the straight and curved members 42, 44 can be provided in other suitable numbers and form other suitable numbers of slots 46. Each slot 46 is intended to receive one golf club. The straight members 42 are disposed in substantially parallel relation to one another. The curved members 44 are disposed in substantially concentric relation to one another. As shown in FIGS. 6 to 9, the straight and curved members 42, 44 can be provided in different configurations being slightly modified from one another. FIG. 6 depicts the outer two straight members 42 interconnected to the sidewall 12 via connection at their forward ends to the forward one of the curved members 44, whereas FIG. 7 depicts the outer two straight members 42 along with the opposite ends of the forward curved member 44 attached directly to the sidewall 12 of the bag 10. FIG. 8 depicts the curved members 44 having a generally chevron or shallow V shape whereas FIG. 9 depicts the curved members 44 made up of an overall curved arrangement of straight interconnected segments 44C.

The straight and curved members 42, 44 are preferably comprised of a substantially semi-flexible material but can be of any other suitable material. Also, the members 42, 44 are preferably covered by a soft fabric material but need not be and can be covered by any other suitable material.

The golf club organizing assembly 40 can further include a continuous round member 48 attachable to and retrofitable at the open upper end 12A of the sidewall 12 of the bag 10. The round member 48 encircles a space 50 and has pairs of first and second circumferentially and oppositely spaced portions 52, 54. In this embodiment, the straight members 42 are disposed in the space 50 of the round member 48 and are attached at opposite ends 42A, 42B to and extend between the first opposite spaced portions 52 of the round member 48. The curved members 44 are also disposed in the space 50 of the round member 48 and are attached at opposite ends 44A, 44B to and extend between the second opposite spaced portions 54 of the round member 48. The first spaced portions 52 of the round member 48 are located at the front and back of the open upper end 12A of the sidewall 12 of the bag 10 with reference to a shoulder strap (not shown)

5,671,843

attached at the back thereof. The second spaced portions 54 of the round member 48 are located at sides of the open upper end 14 of the bag 10 with reference to the shoulder strap. The golf club organizing assembly 40 may also be an integral part of the bag 10 where the straight and curved members 42, 44 are attached at their opposite ends to and extend between the aforementioned spaced portions of the round member 48 which can be an integral part of the open upper end 12A of the bag sidewall 12.

Furthermore, the straight and curved members 42, 44 can each be in the form of a strap having a length extending transversely across the open upper end 12A of the sidewall 12 of the bag 10, a depth extending longitudinally in the cavity 16 of the bag 10, and a thickness extending between opposite surfaces on the members. The length of each member 42, 44 is greater than the depth thereof. The depth of each member 42, 44 is greater than the thickness thereof. Each straight and curved member 42, 44, or any one or more thereof, may also be in the form of a cylindrical elongated rod having a diameter and a length extending transversely across the open upper end 12A of the bag 10 greater than the diameter thereof. Each straight and curved member 42, 44 may also have any other suitable configuration. The straight and curved members 42, 44 may also extend above or below one another or may be secured to one another by any suitable means. By way of example, the straight and curved member 42, 44 may intersect one another by one of them passing through a slit in the other and being stitched together at their points of intersection. Any one or more of the straight and curved members 42, 44 may also be removable.

Referring now to FIG. 10, one or more of the straight and curved members 42, 44 may be employed with at least one and preferably a plurality of vertical dividers 56 disposed and extending between the open upper end 12A of the sidewall 12 of the carrying bag 10 and the bottom wall 14 of the bag 10 so as to provide full-length slots 58 for receiving golf clubs in the bag 10. The vertical dividers 56 may be comprised of a substantially semi-flexible material but can be of any other suitable material and is covered by a soft fabric material but need not be and can be covered by any other suitable material and may be removable.

It is thought that the present invention and its advantages will be understood from the foregoing description and it will be apparent that various changes may be made thereto without departing from the spirit and scope of the invention or sacrificing all of its material advantages, the form hereinbefore described being merely preferred or exemplary embodiment thereof.

I claim:

1. A golf club organizing assembly for receiving golf clubs in a carrying bag, said assembly comprising:
   (a) a plurality of substantially straight members interconnected at opposite ends to and extending between first opposite spaced portions of an open upper end of a golf club carrying bag; and
   (b) a plurality of substantially curved members interconnected at opposite ends to and extending between second opposite spaced portions of the open upper end of the carrying bag, said curved members crossing said straight members and together defining a plurality of slots for receiving therethrough the golf clubs into the carrying bag.

2. The assembly of claim 1 wherein said straight members are three in number.

3. The assembly of claim 1 wherein said curved members are three in number.

4. The assembly of claim 1 wherein said straight members are in substantially parallel relation to one another.

5. The assembly of claim 1 wherein said curved members are in substantially concentric relation to one another.

6. The assembly of claim 1 wherein said curved members have a generally shallow V shape.

7. The assembly of claim 1 wherein said curved members are made up of an overall curved arrangement of straight interconnected segments.

8. The assembly of claim 1 wherein said straight and curved members are comprised of a substantially semi-flexible material.

9. The assembly of claim 1 wherein said straight and curved members include vertical dividers disposed and extending vertically between the open upper end of the carrying bag and a bottom wall of the carrying bag so as to provide full-length slots for receiving golf clubs in the carrying bag.

10. A golf club organizing assembly for receiving golf clubs in a carrying bag, said assembly comprising:
    (a) a continuous round member encircling a space and having first opposite spaced portions and second opposite spaced portions and being attachable to an open upper end of a golf club carrying bag;
    (b) a plurality of substantially straight members disposed in said space of said round member and being interconnected at opposite ends to and extending between said first opposite spaced portions of said round member; and
    (c) a plurality of substantially curved members disposed in said space of said round member and being interconnected at opposite ends to and extending between said second opposite spaced portions of said round member, said curved members crossing said straight members and together defining a plurality of slots for receiving therethrough golf clubs into the carrying bag.

11. The assembly of claim 10 wherein said straight members are three in number.

12. The assembly of claim 10 wherein said curved members are three in number.

13. The assembly of claim 10 wherein said straight members are in substantially parallel relation to one another.

14. The assembly of claim 10 wherein said curved members are in substantially concentric relation to one another.

15. The assembly of claim 10 wherein said curved members have a generally shallow V shape.

16. The assembly of claim 10 wherein said curved members are made up of an overall curved arrangement of straight interconnected segments.

17. The assembly of claim 10 wherein said straight and curved members are comprised of a substantially semi-flexible material.

18. The assembly of claim 10 wherein said straight and curved members include vertical dividers disposed and extending vertically between the open upper end of the carrying bag and a bottom wall of the carrying bag so as to provide full-length slots for receiving golf clubs in the carrying bag.

19. The assembly of claim 10 wherein said first opposite spaced portions of said round member are located at a front and back of the open upper end of the carrying bag with reference to a shoulder strap attached at the back thereof.

20. The assembly of claim 10 wherein said second opposite spaced portions of said round member are located at a pair of opposite sides of the open upper end of the carrying bag with reference to a shoulder strap attached at a back thereof.

5,671,843

7

21. A golf bag assembly for receiving golf clubs therein, said assembly comprising:
 (a) a carrying bag including
  (i) a tubular sidewall defining an elongated cavity and having an open upper end with first opposite spaced portions and second opposite spaced portions, and
  (ii) a bottom end wall attached to and enclosing a lower end of said tubular sidewall;
 (b) a plurality of substantially straight members disposed in said open upper end of said carrying bag and being interconnected at opposite ends to and extending between said first opposite spaced portions of said open upper end of said carrying bag; and
 (c) a plurality of substantially curved members disposed in said open upper end of said carrying bag and being interconnected at opposite ends to and extending between said second opposite spaced portions of said open upper end of said carrying bag, said curved members crossing said straight members and together defining a plurality of slots for receiving therethrough golf clubs into said carrying bag.

22. The assembly of claim 21 wherein said straight members are three in number.

23. The assembly of claim 21 wherein said curved members are three in number.

8

24. The assembly of claim 21 wherein said straight members are in substantially parallel relation to one another.

25. The assembly of claim 21 wherein said curved members are in substantially concentric relation to one another.

26. The assembly of claim 21 wherein said curved members have a generally shallow V shape.

27. The assembly of claim 21 wherein said curved members are made up of an overall curved arrangement of straight interconnected segments.

28. The assembly of claim 21 wherein said straight and curved members are comprised of a substantially semi-flexible material.

29. The assembly of claim 21 wherein said first opposite spaced portions of said round member are located at a front and back of the open upper end of the carrying bag with reference to a shoulder strap attached at the back thereof.

30. The assembly of claim 21 wherein said second opposite spaced portions of said round member are located at a pair of opposite sides of the open upper end of the carrying bag with reference to a shoulder strap attached at a back thereof.

\* \* \* \* \*



US006595357B2

(12) **United States Patent**
Sutter et al.

(10) Patent No.: **US 6,595,357 B2**
(45) Date of Patent: **Jul. 22, 2003**

(54) **GOLF CLUB ORGANIZING ASSEMBLY HAVING COMPARTMENT-FORMING DIVIDERS OF DIFFERENT COLORS**

(75) Inventors: James L. Sutter, Evergreen, CO (US); James W. Thomas, Evergreen, CO (US)

(73) Assignee: Great Divider Golf, Inc., Golden, CO (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 60 days.

(21) Appl. No.: 09/819,912

(22) Filed: Mar. 28, 2001

(65) **Prior Publication Data**

US 2001/0025802 A1 Oct. 4, 2001

**Related U.S. Application Data**

(60) Provisional application No. 60/194,264, filed on Mar. 31, 2000.

(51) Int. Cl.[7] ................................................. A61J 55/00
(52) U.S. Cl. ........................... 206/315.6; 206/315.3
(58) Field of Search ........................ 206/315.3, 315.6; 211/70.2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,133,395 A | * | 7/1992 | Moore | 150/160 |
| 5,671,843 A | | 9/1997 | Sutter | 206/315.6 |
| 5,785,173 A | * | 7/1998 | Kim | 206/315.6 |
| 5,816,398 A | * | 10/1998 | Wang | 206/315.6 |
| 5,971,147 A | | 10/1999 | Sutter | 206/315.6 |
| 6,076,245 A | | 6/2000 | Sutter | 29/428 |
| 6,102,202 A | * | 8/2000 | Jones | 206/315.6 |
| 6,158,582 A | * | 12/2000 | Chang-Lin | 206/316.6 |

* cited by examiner

Primary Examiner—Sue A. Weaver
(74) Attorney, Agent, or Firm—Flanagan & Flanagan; John R. Flanagan

(57) **ABSTRACT**

A golf club organizing assembly for a golf club carrying bag includes a plurality of dividers. Some of the dividers extend in intersecting transverse relationships with other of the dividers so as to form a plurality of compartments therebetween for receiving shafts of golf clubs placed in a carrying bag. Also, some dividers are of colors different from and contrasting with colors of other dividers so as to provide contrasting colors about the compartments which improve visibility of compartments to a golfer over a case where all of the dividers are of the same color.

**12 Claims, 3 Drawing Sheets**



**EXHIBIT B**

**U.S. Patent**  Jul. 22, 2003  Sheet 1 of 3  US 6,595,357 B2



FIG. 1
(PRIOR ART)



FIG. 2
(PRIOR ART)



FIG. 3
(PRIOR ART)



**FIG. 4**

1

# GOLF CLUB ORGANIZING ASSEMBLY HAVING COMPARTMENT-FORMING DIVIDERS OF DIFFERENT COLORS

This patent application claims the benefit of U.S. provisional patent application No. 60/194,264 filed on Mar. 31, 2000.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention generally relates to arranging golf clubs in carrying bags and, more particularly, is concerned with a golf club organizing assembly having compartment-forming dividers provided in different contrasting colors which improve visibility of the compartments to the golfer so as to facilitate easier, quicker and more accurate insertion of golf clubs by the golfer into the compartments.

### 2. Description of the Prior Art

Golf clubs are often carried in a sleeve-like bag designed for that purpose. A basic golf club carrying bag has a tubular sidewall open at an upper end and closed at a lower end by a bottom end wall. An interior of the bag defines a cavity in which the golf clubs are stored vertically with their handgrip ends down so that heads of the clubs extend above the open upper end of the bag. The golf clubs are generally separated from one another by a plurality of dividers which cross one another and so as to form a plurality of pockets or compartments therebetween. Each compartment receives one or more golf clubs.

Golf clubs generally differ from one another in terms of lengths of their shafts, shapes and sizes of their heads, and angles at which their golf ball striking surfaces extend relative to a horizontal plane. Golfers select one of the clubs to use for any given stroke depending on the particular placement of the ball whether in the rough or on the tee, fairway or green and the distance of the ball from the hole. As a result, many golfers prefer to maintain their clubs in their bag in some organized fashion so that they can quickly locate and replace the one club they have selected to use for the particular stroke at hand.

A problem exists, however, in that the dividers are typically the same color and so it is often difficult to clearly distinguish between the compartments so as to see the one compartment in the golf bag where a golf club is intended to be replaced after use. As a result, the golf club may be unintentionally and incorrectly inserted by the golfer into an adjacent compartment so as to either make abrasive scratch-producing contact with the club occupying that compartment or at least create a breakdown in the desired organization of the clubs so as to cause the golfer to spend more time searching for the desired club the next time it is used.

Consequently, a need exists for an innovation that will overcome this problem without introducing any new problems in its place.

## SUMMARY OF THE INVENTION

The present invention overcomes the aforementioned problem and satisfies the aforementioned need by providing a golf club organizing assembly having compartment-forming dividers of different contrasting colors which improve visibility of the compartments to the golfer so as to facilitate easier, quicker and more accurate insertion of golf clubs by the golfer into the compartments. With the dividers being of different contrasting colors, such as for example a two-tone black/grey combination, the golf club organizing assembly provides better visibility of the separate compartments to the golfer when replacing clubs into their desired compartments in the golf bag.

Accordingly, the present invention is directed to a golf club organizing assembly for a golf club carrying bag. The organizing assembly comprises: (a) a plurality of dividers, some of the dividers extending in intersecting transverse relationships with other of the dividers so as to form a plurality of compartments therebetween for receiving shafts of golf clubs placed in a carrying bag; (b) each of the dividers having a color, some of the dividers being of colors different from and contrasting with colors of other dividers so as to provide contrasting colors about the compartments which enhances visibility of the compartments to a golfer. The colors of some of the dividers is a light color, such as grey, and the colors of other of the dividers is a dark color, such a black. More particularly, the dividers include divider members having covering strips thereon. The covering strips are of the respective colors.

These and other features and advantages of the present invention will become apparent to those skilled in the art upon a reading of the following detailed description when taken in conjunction with the drawings wherein there is shown and described an illustrative embodiment of the invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the following detailed description, reference will be made to the attached drawings in which:

FIG. 1 is an exploded perspective view of an exemplary embodiment of a prior art golf club organizing assembly which can employ the features of the present invention.

FIG. 2 is an assembled perspective view of the prior art golf club organizing assembly of FIG. 1.

FIG. 3 is a top plan view of the prior art golf club organizer structure of the organizing assembly of FIG. 1.

FIG. 4 is a top perspective view of the organizing assembly of FIG. 1 now shown incorporating dividers with different contrasting colors in accordance with the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

Referring to the drawings and particularly to FIGS. 1 to 3, there is illustrated an exemplary embodiment of a prior art golf club organizing assembly, generally designated 10, to which the present invention is applied. It is readily understood that the present invention can equally be applied to other embodiments of golf club organizing assemblies found in the prior art and thus is not limited in its application just to the organizing assembly 10 illustrated in FIGS. 1 to 3. The particular organizing assembly 10 shown and described herein is the subject of U.S. Pat. No. 5,971,147 which is assigned to the assignee of the present invention. The organizing assembly 10 basically includes a molded one-piece golf club organizer structure 12 which constitutes the interior component of the organizing assembly 10 and a top collar 14 which constitutes an exterior component thereof. The organizer structure 12 and top collar 14 provide the patented organizing assembly 10 in a two-piece construction which defines an array of locations in an open upper end of a golf bag for receiving golf clubs in a logical arrangement.

The molded one-piece organizer structure 12 of the patented organizing assembly 10 includes a molded one-piece framework 16 having a plurality of dividers, such as plu-

ralities of first and second divider members 18, 20. Each of the first and second divider members 18, 20 has opposite ends 18A, 20A, spaced upper and lower longitudinal edges 18B, 18C and 20B, 20C extending between the opposite ends 18A, 20A, and oppositely facing surfaces 18D, 20D extending between the upper and lower longitudinal edges 18B, 18C and 20B, 20C. The first divider members 18 extend in intersecting relationships with the second divider members 20 so as to form a plurality of junctures 22 therewith and a plurality of compartments 24 therebetween for receiving shafts of golf clubs (not shown) placed in a carrying bag (not shown). The patented organizing assembly 10 also include means, generally designated 26, for securing the framework 16 to the top collar 14 of the carrying bag.

In the patented organizing assembly 10, each of the first divider members 18 of the framework 16 has a substantially straight configuration and extends in a first direction whereas each of the second divider members 20 of the framework 16 has a substantially curved configuration and extends in a second direction transversely to the first direction of each of the first dividers 18. The framework 16 preferably includes three first divider members 18 and three second divider members 20 and forms fourteen compartments 24. Each of the first divider members 18 of the framework 16 has a height H which is greater than the height h of each of the second divider members 20 of the framework 16 such that the upper longitudinal edges 18B of the first divider members 18 are disposed above the upper longitudinal edges 20B of the second divider members 20. However, the lower longitudinal edges 18C, 20C of the first and second divider members 18, 20 are substantially disposed in a common plane or are flush with one another. The upper longitudinal edges 18B of the first divider members 18 thus extend above the upper longitudinal edges 20B of the second divider members 20. The framework 16 is preferably fabricated from a suitable plastic as one piece employing conventional injection molding techniques. The first and second divider member 18, 20 of the framework 16, although integrally connected to one another and relatively stiff overall so as to retain their desired shape, are somewhat bendable and flexible so as to facilitate their being assembled with the top collar 14 of the golf bag.

Also, in the patented organizing assembly 10, the first divider members 18 of the framework 16 can be distinguished from one another by identifying them individually as right R, center C and left L. The right R and left L ones of the first divider members 18 have substantially the same length. The center one C of the first divider members 18 has a length slightly greater than the lengths of the right and left ones R, L of the first divider members 18. The second divider members 20 of the framework 16 can be distinguished from one another by identifying them individually as front F, middle M and back B. The front one F of the second divider members 20 has a substantially greater degree of curvature than do either of the middle and back ones M, B of the second divider members 20. Of the middle and back ones M, B of the second divider members 20, the middle one M has a slightly greater degree of curvature. The front one F of the second divider members 20 merges at its opposite ends 20A with the opposite ends 18A of the right and left ones R, L of the first divider members 18.

The securing means 26 of the patented organizing assembly 10 includes a plurality of connector tabs 28 integrally fixed on the opposite ends 18A, 20A of at least more than half and, preferably, all of the first and second divider members 18, 20 of the framework 16. The connector tabs 28 are provided for securing the framework 16 at the opposite ends 18A, 20A of the first and second divider members 18, 20 to the top collar 14 of the golf club carrying bag. Each connector tab 28 extends in opposite directions from the opposite end 18A, 20A of those of the first and second divider members 18, 20 having the connector tabs 28 to provide a generally T-shaped configuration therewith such that the connector tabs 28 together lie along an annular path P conforming to a shape of the top collar 14 of the carrying bag to which the framework 16 is secured by the connector tabs 28. Each connector tab 28 on the opposite ends 18A of the center one C of the first divider members 18 is disposed in substantially perpendicular relation to the oppositely facing surfaces 18D thereof and extends in opposite directions therefrom through substantially the same distance outwardly therefrom. Each connector tab 28 on the right and left ones R, L of the first divider members 18 is disposed in an angled relation to the oppositely facing surfaces 18D thereof and extends in opposite directions therefrom but farther toward the center one C of the first divider members 18 than away therefrom. The connector tabs 28 on the front one F of the second divider members 20 are the same as the connector tabs 28 on the adjacent ends 18A of the right and left ones R, L of the first divider members 18. Each connector tab 28 on the middle and back ones M, B of the second divider members 20 is disposed in an angled relation to the oppositely facing surfaces 20D thereof and extends in opposite directions therefrom but farther toward the front one F of the second divider members 18 than away therefrom.

The top collar 14 of the patented organizing assembly 10 includes an annular body 30 encircling the framework 16. The annular body 30 has a height, although varying somewhat along the circumference of the annular body 30, which is substantially greater than the heights H, h of the first and second divider members 18, 20 of the framework 16. The annular body 30 has opposite top and bottom edges 30A, 30B, opposite ends 30C and opposite outer and inner surfaces 30D, 30E. The variation in height of the annular body 30 occurs gradually over its circumference such that its height nearer to the front one F of the second divider members 20 is less than its height nearer to the back one B of the second divider members 20. The annular body 30 also has a protective covering 32 which is disposed over the top edge 30A and onto the outer and inner surfaces 30D, 30E and extends the full circumference (or longitudinal length) of the annular body 30. The protective covering 32 may cover more of the outer surface 30D than the inner surface 30E thereof. The protective covering 32 is sewn to each of the outer and inner surfaces 30D, 30E adjacent top edge 30A. The protective covering 32 may have a decorative configuration on the outer surface 30D, such as one which resembles a rounded ridge. The annular body 30 is preferably comprised of a material which is more flexible than that which comprises the first and second divider members 18, 20, though may be made of any other suitable material.

The securing means 26 further includes a plurality of apertures 34 defined therethrough in spaced apart relation to one another along the circumference (or longitudinal length) of the annular body 30 of the top collar 14. Each aperture 34 has substantially C-shaped or I-shaped configuration or any other suitable shape and has a height S extending along the height of the annular body 30 which is greater than a width T of the aperture 34. Each aperture 34 receives a respective one of the connector tabs 28 integrally fixed on the opposite ends 18A, 20A of the first and second divider members 18, 20 of the framework 16 for securing the framework 16 to the top collar 14 such that the annular body 30 is retained in a

| 5 | 6 |

wrapped relation about the framework 16. The annular body 30 has eleven of the apertures 34 which is one more than the number of connector tabs 28. The apertures 34 are positioned in spaced relation to one another along the circumference (or longitudinal length) of the annular body 30 such that each of the apertures 34 may receive one of the connector tabs 28. Each aperture 34 is spaced from the top and bottom edges 30A, 30B of the annular body 30. The apertures 34 receiving the rear connector tabs 28 of the first divider members 18 are spaced approximately halfway between the top and bottom edges 30A, 30B of the annular body 30. The apertures 34 receiving the other connector tabs 28 of the first and second divider members 18, 20 are spaced closer to the bottom edge 30B than to the top edge 30A of the annular body 30. The opposite ends 30C of the annular body 30 are overlapped to align the apertures 34 therein with one another so that both receive the front connector tab 28 of the center one C of the first divider members 18 therethrough. The opposite ends 32A of the protective cover 32 are also overlapped and riveted together.

Further, in the patented organizing assembly 10, the dividers of the organizer structure 12 may also include a plurality of first and second covering strips 36, 38 respectively applied over the first and second divider members 18, 20 of the framework 16 and along the oppositely facing surfaces 18D, 20D of the first and second divider members 18, 20 so as to protect the shafts of the golf clubs and to provide an attractive appearance to the assembly 10. Each of the first covering strips 36 is folded along an imaginary longitudinal fold line X over the upper longitudinal edge 18B of one of the first divider members 18 and is continuous between the opposite ends 18A of the first divider member 18 along the upper longitudinal edge 18B so as to completely overlie and cover the higher upper longitudinal edge 18B of the first divider member 18. Each of the first covering strips 36 has a pair of opposite longitudinal edges 36A and opposite outer and inner surfaces 36B, 36B. Also, each of the first covering strips 36 has a pair of aligned slits 40 respectively formed in the first covering strip 36 transversely to the imaginary longitudinal fold line X and at the junctures 22 of the first divider member 18 with the second divider members 20 to provide slots 42 in the first covering strip 36 for accommodating the second divider members 20 of the framework 16. The slits 40 of each pair thereof has inner ends 40A spaced apart in opposite directions from the imaginary longitudinal fold line X of the first covering strip 36 and extend to outer ends 40B located at the opposite longitudinal edges 36A of the first covering strip 36 such that the slots 42 are open at the opposite longitudinal edges 36A thereof.

Each of the second covering strips 38 is folded over the upper longitudinal edge 20B of one of the second divider members 20 of the framework 16 and extends between the junctures 22 with adjacent ones of the first divider members 18 or between an opposite end 20A of one of the second divider members 20 and the juncture 22 with an adjacent one of the first divider member 18. In such manner, the first and second covering strips 36, 38 completely cover the first and second divider members 18, 20 of the framework 16 and there is a substantially greater number of second covering strips 38 than first covering strips 36. Each of the first and second covering strips 36, 38 is preferably a substantially flexible sheet of material, and has an adhesive coating 44 applied on the inner surface 36C, 38C of the respective covering strip 36, 38. The adhesive coating 44 secures the respective covering strip 36, 38 to the corresponding one of the oppositely facing surfaces 18D, 20D of the first and second divider members 18, 20 of the framework 16 and to itself at lower portions 36D, 38D of the covering strips 36, 38 extending below the divider members 18, 20 of the organizer structure 12. Each of the first covering strips 36 has a longitudinal length substantially greater than a folded height. Each of the second covering strips 38 has a folded height greater than a longitudinal length. The organizer structure 12 particularly includes three first covering strips 36 and ten second covering strips 38, though may have any other suitable number of either the first or second covering strips 36, 38, depending upon the number of divider members 18, 20. The first and second divider members 18, 20 of the framework 16 must have the aforementioned different heights for the first and second covering strips 36, 38 to cover all surfaces of the first and second divider members 18, 20 of the framework 16. Each first and second covering strip 36, 38 is comprised of a substantially neoprene material, though may be made of any other suitable material. Once the covering strips 36, 38 are applied, their outer surfaces 36B, 38B are exposed to the golf clubs.

In accordance with the present invention, as seen in FIG. 4 the first and second covering strips 36, 38 may be of different contrasting colors. Each of the first covering strips 36 may have a portion thereof which is one color or each of the first covering strips 36 may be entirely the one color. The one color may be a dark color, such as black, though need not be so limited. Each of the second covering strips 38 may have a portion thereof which is another color or each of the second covering strips 38 may be entirely the other color. The other color may be a light color, such as grey or white, though need not be so limited. The combination of contrasting colors (grey or white and black) of the second and first covering strips 38, 36, as being symbolically represented in FIG. 4, surrounding each compartment 24 facilitates the quick, easy and accurate return of golf clubs back into their compartments 24 by improving the visibility of, and thus the ability of the user to distinguish between, the compartments 24 surrounded by the first and second covering strips 36, 38 on the first and second divider members 18, 20 of the framework 16. The inside of the top collar 14 is preferably covered with the same material and of the same color as the first covering strips 36.

In an embodiment where the dividers of the organizer structure 12 does not include the first and second covering strips 36, 38, the first and second divider members 18, 20 of the framework 16 can be of the different contrasting colors. Each of the first divider members 18 may have a portion thereof which is one color or each of the first divider members 18 may be entirely the one color. The one color may be a dark color, such as black, though need not be so limited. Thus, the color of the first divider member 18 can be the same as the color of the first covering strip 36 described above. Each of the second divider members 20 may have a portion thereof which is another color or each of the second divider members 20 may be entirely the other color. The other color may be a light color, such as white or grey, though need not be so limited. Thus, the color of the second divider members 20 can be the same as the color of the second covering strip 38 described above. The combination of contrasting colors of the first and second divider members 18, 20 surrounding each of the compartments 24 facilitates the return of golf clubs back into their compartments 24 by improving the visibility of, and thus the ability of the user to distinguish between, the compartments 24 surrounded by the first and second divider members 18, 20. Therefore, either the first and second divider members 18, 20 of the framework 16 or the first and second covering

7

strips 36, 38 or both provide the combinations of contrasting colors, such as black and white or grey, surrounding the compartments 24 to provide improved visibility for a user when replacing clubs in a golf bag.

It is thought that the present invention and its advantages will be understood from the foregoing description and it will be apparent that various changes may be made thereto without departing from the spirit and scope of the invention or sacrificing all of its material advantages, the form hereinbefore described being merely preferred or exemplary embodiment thereof.

We claim:

1. A golf club organizing assembly for a golf club carrying bag, said assembly comprising:
   (a) first and second pluralities of dividers, said dividers of said first plurality thereof extending in first directions and intersecting transverse relationships with said dividers of said second plurality thereof which extend in second directions generally transverse to said first directions so as to form a plurality of compartments therebetween for receiving shafts of golf clubs placed in a carrying bag;
   (b) each of said dividers of said first plurality thereof having a first color and each of said dividers of said second plurality thereof having a second color different from and contrasting with said first color of said each of dividers of said first plurality thereof so as to provide a combination of contrasting colors surrounding each of said compartments which enhance visibility of said compartments to a golfer.

2. The assembly of claim 1 wherein said first color is black.

3. The assembly of claim 2 wherein said second color is grey.

4. The assembly of claim 1 wherein said second color of said dividers of said second plurality thereof is a light color and said first color of said dividers of said first plurality thereof is a dark color.

5. The assembly of claim 1 wherein said dividers of said first and second pluralities thereof include divider members having covering strips thereon, said covering strips being respectively of said first and second colors.

6. A golf club organizing assembly for a golf club carrying bag, said assembly comprising:
   (a) a plurality of first dividers each having a first color;
   (b) a plurality of second dividers each having a second color, said second dividers extending in intersecting transverse relationships with said first dividers so as to form a plurality of compartments therebetween for receiving shafts of golf clubs placed in a carrying bag, said second color of said second dividers being differ-

8

ent from and contrasting with said first color of said first dividers so as to provide a combination of contrasting colors surrounding each of said compartments which enhance visibility of said compartments to a golfer; and
   (c) an annular collar encircling said first and second dividers and attached to opposite ends of said first and second dividers, said annular collar having one of said first and second colors.

7. The assembly of claim 6 wherein said first color is black.

8. The assembly of claim 7 wherein said second color is grey.

9. The assembly of claim 6 wherein said second color of said second dividers is a light color and said first color of said first dividers is a dark color.

10. The assembly of claim 6 wherein said first and second dividers respectively include divider members having covering strips thereon, said covering strips being respectively of said first and second colors.

11. A golf club organizing assembly for a golf club carrying bag, said assembly comprising:
   (a) a plurality of dividers, some of said dividers extending in intersecting transverse relationships with other of said dividers so as to form a plurality of compartments therebetween for receiving shafts of golf clubs placed in a carrying bag;
   (b) each of said dividers having a color, some of said dividers having colors different from and contrasting with said colors of other dividers so as to provide contrasting colors surrounding said compartments which enhance visibility of said compartments to a golfer, one of said colors being black, another of said colors being grey.

12. A golf club organizing assembly for a golf club carrying bag, said assembly comprising:
   (a) a plurality of first dividers each having a color; and
   (b) a plurality of second dividers each having a color, at least some of said second dividers extending in intersecting transverse relationships with at least some of said first dividers so as to form a plurality of compartments therebetween for receiving shafts of golf clubs placed in a carrying bag;
   (c) said colors of said some of said second dividers being different from and contrasting with said colors of said some of said first dividers so as to provide contrasting colors which enhance visibility of said compartments to a golfer, one of said colors being black, another of said colors being grey.

* * * * *



EXHIBIT C



EXHIBIT D